# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND DENTON, Jr., <br><br> Plaintiff, <br> vs. <br> J. BOWMAN, et al., <br><br> Defendant. | CASE NO. 06cv1664-WQH (WMc) <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR PRODUCTION |

Plaintiff, a state prisoner, is proceeding *pro se* and *in forma pauperis* with a civil lawsuit pursuant to 42 U.S.C.A. § 1983. Plaintiff alleges that his First, Sixth and Fourteenth Amendment constitutional rights were violated at Calipatria State Prison.

On August 17, 2007, Plaintiff filed a "Request for the Production of Names, Employment Location and Job Titles of Defendants For Service." [Docket No. 20.] Upon review of Plaintiff's motion the Court issues the following Order:

1. Defendants must disclose the name of the employee sought in Plaintiff's requests 1-11. Additionally, Defendants shall disclose whether the identified individual is currently employed by the California Department of Corrections and Rehabilitation ("CDCR") and, if so, the name and address of the institution where the employee is currently working. See F.R.C.P. 26.

2. Defendants must lodge with the Court a copy of the information disclosed to Plaintiff.

///

///

3. Defendants must comply with this order on or before **September 28, 2007**.

IT IS SO ORDERED.

DATED:  August 28, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: Honorable William Hayes
    U.S. District Court

All Counsel and Parties of Record