# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND DENTON JR., | CASE NO. 06cv1664-WQH (WMc) |
| Plaintiff, | ORDER |
| vs. | |
| J. BOWMAN, et al., | |
| Defendant. | |

On September 28, 2007, Defendant submitted an "Ex Parte Application For A One Week Extension To Serve And Lodge Responses To Plaintiff's Discovery Requests." [Docket No. 25]. After reading the declaration of Terrence Sheehy (counsel for defendants), the Court finds good cause to grant the application.  Therefore, on or before **October 5, 2007**, Defendants may serve and lodge with the Court the responses to Plaintiff's discovery requests.

IT IS SO ORDERED.

DATED:  September 30, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: Honorable William Q. Hayes
    U.S. District Judge

All Counsel and Parties of Record.