# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND DENTON JR., | CASE NO. 06cv1664-WQH (WMc) |
| Plaintiff, | ORDER |
| vs. | |
| J. BOWMAN, et al., | |
| Defendant. | |

On September 18, 2007, Plaintiff submitted a request "For the Extension of Time to File An Opposition To Defendants Response." [Docket No. 24]. After reading Plaintiff's declaration, the Court finds good cause to grant Plaintiff's request for a continuance. Therefore, on or before **November 16, 2007**, Plaintiff may file a responsive pleading to Defendant's Motion To Dismiss. Defendant may file a reply on or before **November 30, 2007**.

IT IS SO ORDERED.

DATED:  September 30, 2007

_____

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

cc: Honorable William Q. Hayes
    U.S. District Judge

All Counsel and Parties of Record.