# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND DENTON, JR.,<br><br>                             Plaintiff,<br>   vs.<br>J. BOWMAN, et al.,<br><br>                            Defendant. | CASE NO. 06cv1664-WQH (WMc)<br><br>ORDER |

Plaintiff, an inmate currently incarcerated at Calipatria state prison, is proceeding *pro se* and *in forma pauperis* ("IFP") pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915(a) in this prisoner civil rights case. On August 20, 2007, Defendants filed a Motion to Dismiss Plaintiff's Second Amended Complaint. On September 30, 2007, the Court granted Plaintiff's request for an extension of time within which to file his response to Defendants' motion. Plaintiff's opposition was due on or before November 16, 2007. On or about November 10, 2007, Plaintiff submitted a second request for an extension of time within which to file his response to Defendants' motion. Specifically, Plaintiff requested until December 30, 2007, to file an opposition.

///
///
///
///

1   Plaintiff has had approximately *four months* within which to submit an opposition to
2 Defendants' motion. Therefore, based upon the status of the case, the Court will allow Plaintiff to
3 file an opposition not later than **January 7, 2008**.  *No further continuances will be considered*
4 *absent extreme good cause accompanied by supporting documentation.*
5   IT IS SO ORDERED.
6 DATED:  December 28, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court