# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND DENTON, JR., | CASE NO. 06cv1664-WQH (WMc) |
| Plaintiff, | |
| vs. | ORDER |
| J. BOWMAN, et al., | |
| Defendant. | |

Plaintiff, an inmate currently incarcerated at Calipatria state prison, is proceeding *pro se* and *in forma pauperis* ("IFP") pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915(a) in this prisoner civil rights case. On August 20, 2007, Defendants filed a Motion to Dismiss Plaintiff's Second Amended Complaint. On September 30, 2007, the Court granted Plaintiff's request for an extension of time within which to file his response to Defendants' motion. Plaintiff's opposition was due on or before November 16, 2007. On or about November 10, 2007, Plaintiff submitted a second request for an extension of time within which to file his response to Defendants' motion. Specifically, Plaintiff requested until December 30, 2007, to file an opposition. On January 14, 2008, in a letter dated January 8, 2008, the Court received Plaintiff's third request for an extension of time within which to file a response to Defendants' motion.

//

//

//

1 | After reviewing Plaintiff's request the Court will allow Plaintiff to file an opposition which must be **received** by the Court not later than **January 28, 2008**. Plaintiff's request for a telephonic conference call is denied at this time.

IT IS SO ORDERED.

DATED: January 11, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court