# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| RAYMOND H. DENTON, | CASE NO. 06CV1664 WQH (WMc) |
|---|---|
| Plaintiff, | ORDER GRANTING PARTIAL EXTENSION OF TIME TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION |
| vs. | |
| J. BOWMAN, et al., | |
| Defendants. | |

HAYES, Judge:

On August 17, 2006, Plaintiff Raymond H. Denton filed the Complaint in this matter. (Doc. # 1). On October 13, 2006, Plaintiff filed an Amended Complaint (Doc. # 4), and on February 9, 2007, Plaintiff filed a Second Amended Complaint. (Doc. # 9). On August 20, 2007, Defendants filed a motion to dismiss the Second Amended Complaint. (Doc. # 21).

On January 25, 2008, Magistrate Judge William McCurine, Jr. issued a Report and Recommendation recommending that the Court grant Defendants' motion to dismiss the Second Amended Complaint. (Doc. # 33). The Report and Recommendation required that all objections to the Report and Recommendation be filed on or before February 15, 2008. (Doc. # 33 at 13).

On February 11, 2008, Plaintiff filed an ex parte application for an extension of time to file objections to the Report and Recommendation. (Doc. # 35). Good cause appearing, the ex parte application (Doc. # 35) is GRANTED. Plaintiff shall file any objections to the Report and Recommendation on or before **Friday, March 7, 2008**. If Plaintiff does not file objections to the Report and Recommendation on or before **Friday, March 7, 2008**, the Court will construe Plaintiff's silence as a waiver of his opportunity to file objections. No further extensions of time will be given.

**IT IS SO ORDERED**.

DATED: February 12, 2008

**WILLIAM Q. HAYES**
United States District Judge